USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
MANDELA T. BROCK, :
 :
                            Plaintiff, :
 :
              -against- : 20-cv-9055 (VEC)
 :
AMAZON PRIME, JEFF BEZOS, AND ALEX : ORDER
MARTIN LOPEZ, :
                        Defendants. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on September 15, 2020, Plaintiff Mandela T. Brock, proceeding *pro se*, filed a complaint against Defendants Amazon Prime, Jeff Bezos, and Alex Martin Lopez in the Supreme Court of the State of New York State for New York County;

      WHEREAS on October 28, 2020, Defendant Amazon Prime filed a Notice of Removal with this Court (Dkt. 1);

      WHEREAS on November 2, 2020, Defendant Amazon Prime requested an extension of time to respond to Plaintiff's Complaint (Dkt. 7);

      WHEREAS in response to Defendant Amazon Prime's request for Plaintiff's consent to its letter motion seeking an extension of time to respond, Plaintiff emailed Defendant Amazon Prime a purported motion to remand and a purported Amended Complaint; and

      WHEREAS this Court has not received Plaintiff's motion to remand or Amended Complaint;

      IT IS HEREBY ORDERED that, if Plaintiff wishes to remand this case to state court, Plaintiff must file a motion to remand not later than **November 25, 2020**. Alternatively, should Plaintiff prefer to proceed before this Court and to the extent Plaintiff wishes to file an Amended

Complaint, Plaintiff must file his Amended Complaint not later than **November 25, 2020**. Defendant Amazon Prime's time to respond to Plaintiff's Complaint is adjourned *sine die* pending Plaintiff's filing of a motion to remand or an Amended Complaint.

IT IS FURTHER ORDERED that Plaintiff is instructed to communicate with Defendant Amazon Prime exclusively through Defendant's counsel. Plaintiff is not to contact Defendant Amazon Prime or any of its employees directly.

IT IS FURTHER ORDERED that in light of the current global health crisis, parties proceeding pro se are encouraged to submit all filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov. Instructions for filing by email are located at https://nysd.uscourts.gov/forms/instructions-filing-documents-email. Pro se parties also are encouraged to consent to receive all court documents electronically. A consent to electronic service form is attached to this order and is also available on the Court's website. Pro se parties who are unable to use email may submit documents by regular mail or in person at a drop box at one of the designated courthouse locations in Manhattan (500 Pearl Street) or White Plains (300 Quarropas Street). For more information, including instructions on this new email service for pro se parties, please visit the Court's website at nysd.uscourts.gov.

Plaintiff may also wish to consider contacting the New York Legal Assistance Group's (NYLAG) Legal Clinic for Pro Se Litigants in the Southern District of New York, which is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in civil lawsuits in this Court. They may be able to help Plaintiff deal with this dispute. A copy of the flyer with details of the clinic is attached to this order. The clinic is currently **only** available by telephone.

The Clerk of Court is respectfully requested to mail a copy of this order to Plaintiff at: Mandela T. Brock, 2850 Frederick Douglass Boulevard, 5B, New York, NY 10039. Defendant

Amazon Prime is also required to email a copy of this order to Plaintiff at the email address at which Defendant has been communicating with Plaintiff.

**SO ORDERED.**

Date: **November 4, 2020**
         **New York, New York**

                                                                            _____
                                                                            **VALERIE CAPRONI**
                                                                            **United States District Judge**

**United States District Court**
**Southern District of New York**
*Pro Se Office*

# Pro Se (Nonprisoner) Consent & Registration Form to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;
2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail. Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;
2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;
3. This service does *not* allow you to electronically file your documents;
4. It will be your duty to regularly review the docket sheet of the case.[2]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.



**United States District Court**
**Southern District of New York**
*Pro Se Office*

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____

_____
Name (Last, First, MI)

_____
Address          City          State          Zip Code

_____
Telephone Number          E-mail Address

_____
Date          Signature

**Return completed form to:**

Pro Se Office (Room 200)
500 Pearl Street
New York, NY 10007

# Notice For Pro Se Litigants



As a public health precaution, the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants has temporarily suspended all in-person client meetings as of Tuesday, March 17, 2020.

Limited scope legal assistance will continue to be provided, but only by appointment and only over the phone. During this time, we cannot assist walk-in visitors to the clinic.

If you need the assistance of the clinic, please call **212-659-6190** and leave a message, including your telephone number, and someone will get back to you as soon as possible. If you do not leave a message with your telephone number, we cannot call you back.

Please be patient because our responses to your messages may be delayed while we transition to phone appointments.

