**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
MANDELA T. BROCK,

              Plaintiff,

              -against-

AMAZON PRIME, et al.,

              Defendants.

------------------------------------------------------------x

20-CV-9055 (VEC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Clerk of Court is respectfully directed to update *pro se* Plaintiff's address on the docket to the following: 366 West 127th Street, Apt 5F, New York, NY 10027. (*See* ECF 19). The Clerk of Court is further directed to mail a copy of ECF 27 to *pro se* Plaintiff at the updated address.

**SO ORDERED.**

Dated: March 1, 2021
       New York, New York

                                                *s/ Ona T. Wang*
                                                **Ona T. Wang**
                                                United States Magistrate Judge