**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
MANDELA T. BROCK,

        Plaintiff,

        -against-

AMAZON PRIME, et al.,

        Defendants.

------------------------------------------------------------x

20-CV-9055 (VEC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to the Court's attention that confidential settlement discussions protected from disclosure pursuant to Federal Rule of Evidence 408 have been filed on the docket by the *pro se* Plaintiff. (ECF 39). The Clerk of Court is directed to strike ECF 39 from the docket.

**SO ORDERED.**

Dated: April 15, 2021
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge