```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MANDELA T. BROCK,                                            :
                                                             :
                        Plaintiff,                           :
                                                             :     20-CV-9055 (VEC) (OTW)
             -against-                                       :
                                                             :     ORDER
AMAZON PRIME, et al.,                                        :
                                                             :
                        Defendants.                          :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

Defendants are directed to file a supplemental letter brief, no longer than 3 pages, single-spaced, addressing whether diversity jurisdiction exists in light of the addition of Melissa D. Hill and Liliya P. Kramer as individual defendants in Plaintiff's Amended Complaint. (ECF 15). Defendants' supplemental briefing is due by **August 12, 2021**. Plaintiff's reply, if any, may be submitted by **August 26, 2021, or within two weeks** of Defendants' submission, whichever is earlier.

Defendants are directed to serve a copy of this Order on Plaintiff and file proof of service on the docket.

**SO ORDERED.**

                                                                      *s/ Ona T. Wang*

Dated: July 29, 2021                                    **Ona T. Wang**
    New York, New York                     United States Magistrate Judge