**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
MANDELA T. BROCK,

              Plaintiff,

              -against-

AMAZON PRIME, et al.,

              Defendants.

------------------------------------------------------------x

20-CV-9055 (VEC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Defendants are directed to file a supplemental letter identifying Defendant Alex Martin Lopez's citizenship by 12:00 pm on **Friday, August 20, 2021**.

Defendants are directed to serve a copy of this Order on Plaintiff and file proof of service on the docket.

**SO ORDERED.**

Dated: August 17, 2021
       New York, New York

                                   _s/ Ona T. Wang_
                                   **Ona T. Wang**
                                   United States Magistrate Judge