UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
MANDELA T. BROCK,  :
 :
       Plaintiff,  :  20-CV-9055 (VEC) (OTW)
 :
       -against-  :  **ORDER**
 :
AMAZON PRIME, et al.,  :
 :
       Defendants.  :
 :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

For the reasons stated in the Report and Recommendation recommending dismissal of Plaintiff's Amended Complaint with prejudice, ECF 35 is denied insofar as Plaintiff seeks leave to amend his Amended Complaint.

The Clerk of Court is directed to serve a copy of this Order on Plaintiff and file proof of service on the docket.

**SO ORDERED.**

Dated: August 26, 2021            _s/ Ona T. Wang_
      New York, New York            **Ona T. Wang**
                                   United States Magistrate Judge