UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MANDELA T. BROCK,

Plaintiff,

-against-

PRIME NOW LLC, et al.,

Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED  9/20/2021

20 **CIVIL** 9055 (VEC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated September 19, 2021, the R&R is adopted in full, Defendants'

motion to dismiss is granted, and this case is DISMISSED. Plaintiff's federal claims are

dismissed with prejudice, while Plaintiff's state law claims are REMANDED to state court.

Because the R&R gave the parties adequate warning, see R&R at 20, the failure to file any

objections to the R&R precludes appellate review of this decision. See Mario v. P & C Food

Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the

consequences, failure timely to object to a magistrate's report and recommendation operates as a

waiver of further judicial review of the magistrate's decision."). Because appellate review is

precluded, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order

would not be taken in good faith, and, therefore, permission to proceed in forma pauperis for

purposes of appeal is denied.

**Dated:** New York, New York
September 20, 2021

**RUBY J. KRAJICK**

Clerk of Court

BY:

_____
**Deputy Clerk**